# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162039 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DEVON EDWARD MAAS,
          Defendant-Appellant.

SC:  162039
COA:  353684
Livingston CC:  19-025836-FH

_____/

On order of the Court, the application for leave to appeal the July 29, 2020 order of the Court of Appeals is considered. We DIRECT the Livingston County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal and the motion to remand remain pending.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2021

Clerk

s0330